IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| TRANSOCEANIC CABLE SHIP COMPANY LLC, <br><br> Plaintiff, <br><br> vs. <br><br> JOSE FIESTA BAUTISTA, JR., <br><br> Defendant. | CV 17-00209 ACK-KSC <br><br> ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION |

ORDER ADOPTING MAGISTRATE JUDGE'S
FINDINGS AND RECOMMENDATION

Findings and Recommendation having been filed and served on all parties on September 28, 2018, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the "Findings and Recommendation to Deny Defendant Jose Fiesta Bautista, Jr.'s Objections to Plaintiff's Bill of Costs," ECF No. 91, are adopted as the opinion and order of this Court.

1

IT IS SO ORDERED.

DATED: Honolulu, Hawai`i, October 17, 2018.



_____
Alan C. Kay
Sr. United States District Judge

Transoceanic Cable Ship Co. v. Bautista, Civ. No. 17-00209 ACK-KSC, Order Adopting Magistrate Judge's Findings and Recommendation.